## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SYMBOLY INNOVATIONS LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 1:19-cv-00999-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| **SPOTON TRANSACT, LLC,** | ) |
| | ) |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Symbology Innovations LLC hereby dismisses this action with prejudice.  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant has not yet answered the Complaint.  Accordingly, Plaintiff voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1).  Each party shall bear its own costs, expenses, and attorneys' fees.

Dated:  September 6, 2019

Respectfully Submitted,

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com

***ATTORNEYS FOR PLAINTIFF***
***SYMBOLOGY INNOVATIONS LLC***